U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

FEB 18 2026

JENNIFER P. LYONS, CLERK

BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Tiffany Dawn Fleeman

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Mrs. Potts and the All Staff except my white half brothers black foriegn Staff HSC. that work at HSC homeless Shelter owner on Riverside (654) Street portland ME

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tiffany Dawn Freeman |
| Street Address | 654 Riverside Street |
| City and County | Portland  Cumberland County |
| State and Zip Code | ME,  04103 |
| Telephone Number | Homeless Shelter |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

        State and Zip Code  _____
        Telephone Number  _____
        E-mail Address
        (if known)  _____

Defendant No. 3

    Name  _____
    Job or Title
    (if known)  _____
    Street Address  _____
    City and County  _____
    State and Zip Code  _____
    Telephone Number  _____
    E-mail Address
    (if known)  _____

Defendant No. 4

    Name  _____
    Job or Title
    (if known)  _____
    Street Address  _____
    City and County  _____
    State and Zip Code  _____
    Telephone Number  _____
    E-mail Address
    (if known)  _____

## II.   Basis for Jurisdiction

    Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Hostageing illegally forcing people to hear me think in public exposure to all illegally and bad people and situations. Brain damage, hostaging of my family members, programming a computer type device to my head and knowing it left that way for years. Illegal humetation assults. illegal assults on to my human body. programming my body. Starting a racist organization up about me. attempted murder of myself. Hostageing my half brother who is owner of the homeless shelter.

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Tiffany D Fleeman, is a citizen of the State of *(name)* Portland, Maine.

   Constant aim of the system of it on me. training one with my decede parents voices. Lieing about my parents to me and americans.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Potts and Allen and the black foriegn staff at HSC, is a citizen of the State of *(name)* Portland, Maine. *Or* is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* **Portland Maine**. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

**This has been going on in My life for forty years. "Hell" racist organization Pre started in 1985. By the people listed and the names of the black foriegn people at HSC on Riverside (654) Street**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

....

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Closing

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Feb 18th, 2026

Signature of Plaintiff  *Tiffany Dawn Fleeman*

Printed Name of Plaintiff  Tiffany Dawn Fleeman