UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **TIFFANY DAWN FLEEMAN,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | No. 2:26-cv-00083-SDN |
| ) | |
| **MRS. POTTS et al.,** ) | |
| ) | |
| **Defendants** ) | |

**RECOMMENDED DECISION AFTER PRELIMINARY REVIEW**

Because I granted Tiffany Dawn Fleeman's application to proceed in forma pauperis, *see* ECF No. 6, her complaint (ECF No. 1) is before me for preliminary review, *see* 28 U.S.C. § 1915(e)(2)(B). In her pro se complaint, Fleeman accuses a "Mrs. Potts" and other staff at the HSC Homeless Shelter in Portland of "illegally forcing people to hear [her] think in public," exposing her to "bad people and situations," causing her "[b]rain damage" and implanting "a computer type device" into her head, "starting a racist organization up about" her, attempting to murder her, and holding her family members hostage. Complaint at 4. Given the obvious frivolity of Fleeman's irrational allegations, I recommend that the Court **DISMISS** her complaint. *See* 28 U.S.C. § 1915(e)(2)(B)(i) ("[T]he court shall dismiss the case at any time if the court determines that . . . the action . . . is frivolous . . . ."); *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992) (holding that a case is factually frivolous "when the facts alleged rise to the level of the irrational or the wholly incredible").

2

### *NOTICE*

*A party may file objections to those specified portions of a Magistrate Judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which <u>de novo</u> review by the District Court is sought, together with a supporting memorandum, within fourteen (14) days after being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.*

*Failure to file a timely objection shall constitute a waiver of the right to <u>de novo</u> review by the District Court and to appeal the District Court's order.*

Dated: February 20, 2026

/s/ Karen Frink Wolf
United States Magistrate Judge