UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

TIFFANY DAWN FLEEMAN,            )
                                 )
            Plaintiff,           )
                                 )
v.                               )        2:26-cv-00083-SDN
                                 )
MRS. POTTS, et al.,              )
                                 )
            Defendants.          )

**ORDER**

In this matter, Plaintiff Tiffany Dawn Fleeman has sued "Mrs. Potts" and other unnamed staff members at the HSC Homeless Center in Portland, Maine, for a wide range of conduct, including "illegally forcing people to hear [her] think in public," "starting a racist organization up about" her, attempting to murder her, and holding her family members hostage. ECF No. 1 at 4. In her complaint, Ms. Fleeman does not sufficiently allege either a federal question of law at issue in the case or the diversity of parties, so as to establish federal jurisdiction. On February 20, 2026, the Magistrate Judge recommended the Court dismiss Ms. Fleeman's as factually frivolous. ECF No. 7; *see* 28 U.S.C. § 1915(e)(2)(B)(i) ("[T]he court shall dismiss the case at any time if the court determines that . . . the action . . . is frivolous . . . .").

On March 2, 2026, Ms. Fleeman subsequently objected to the Recommended Decision, but did not identify any specific errors in the Magistrate Judge's legal reasoning or conclusion. Instead, Ms. Fleeman provides additional nonsequitous and conclusory assertions that Defendants have committed "heinous crimes" against her, including "hostaging, human trafficking, giving information about me on a daily bas[i]s, [and] putting an organization together to hate me." ECF No. 8 at 1. Additionally, Ms. Fleeman

1

continues to allege she is "still hostage" and will continue to be talked to by "the people they brained with computer type devices to hear me think my thoughts." *Id.* at 2.

I have reviewed and conducted a de novo review of the Magistrate Judge's Recommended Decision and the entire record. I concur with the Magistrate Judge's conclusion that the complaint should be dismissed as frivolous and determine that no further proceeding is necessary.

### CONCLUSION

For the foregoing reasons, and for those already explained in the Magistrate Judge's Recommended Decision, Ms. Fleeman's objection, ECF No. 8, is **OVERRULED**. The Recommended Decision, ECF No. 7, is **AFFIRMED** and **ADOPTED** in its entirety. Accordingly, Ms. Fleeman's complaint, ECF No. 1, is **DISMISSED**.

So Ordered.

Dated this 31st day of March, 2026.

/s/ Stacey D. Neumann
**United States District Judge**

2